1

SOUTH CAROLINA STATE UNIVERSITY AND THE TRADITIONALLY WHITE

INSTITUTIONS (TWIs) IN SOUTH CAROLINA:

A UNITARY OR A DUAL SYSTEM?

Dr. Clifton F. Conrad

June 14, 2015

# TABLE OF CONTENTS

Page

### PART ONE: INTRODUCTION

Two Comparison Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4
Classification of Instructional Programs (CIP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5
Key Terms in the Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6
Purpose of the Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  8

### PART TWO: FINDINGS

Unnecessary Program Duplication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9
Meaningful (High-Demand and Non-Core) Program Uniqueness . . . . . . . . . . . . . . . . . . . . . . . .  18

### PART THREE: SUMMARY OF FINDINGS AND CONCLUSION

Summary of Findings: A Unitary (Desegregated) or a Dual (Segregated) System . . . . . . . . . . . . .  26
Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

### PART FOUR: APPENDICES

Appendix A: The Significance of Meaningful Program Uniqueness . . . . . . . . . . . . . . . . . . . . . . . . 29

Appendix B: Core Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Appendix C: High-Demand (Non-Core) Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

PART ONE:  INTRODUCTION


According to the U.S. Supreme Court in U.S. v. Fordice,112 S. Ct. 2727 (1992), where a state has operated a de jure segregated system of higher education the state must take measures to eliminate those policies and practices (vestiges) traceable to the prior segregated system which have continuing segregative effects (Id at 2735).  The Court held:

> If the State perpetuates policies and practices traceable to its prior system that
>
> continue to have segregative effects—whether by influencing student enrollment
>
> decisions or by fostering segregation in other facets of the university system—and
>
> such policies are without sound educational justification and can be practicably
>
> eliminated, the State has not satisfied its burden of proving that it has dismantled
>
> its prior system.  Such policies run afoul of the Equal Protection Clause, even
>
> though the State has abolished the legal requirement that whites and blacks be
>
> educated separately and has established racially neutral policies not animated by
>
> a discriminatory purpose (Id at 2737).

In compliance with the Fordice decision, a substantial amount of unnecessary duplication of programs at Traditionally Black Institutions (TBIs) by Traditionally White Institutions (TWIs)—unnecessary program duplication that is accompanied by the absence of a meaningful number of unique program offerings at the TBIs—is part and parcel of a de jure segregated system of higher education.

This study of academic programs in South Carolina's public universities explores whether there is a unitary (desegregated) or a dual (separate) system between the 10 public four year-Traditionally White Institutions (TWIs) and the single Traditionally Black Institution (TBI): South Carolina State University.  Two keystone criteria provide the foundation for addressing this question:1) unnecessary program duplication of programs at South Carolina State University, and 2) meaningful program uniqueness at South Carolina State University.

4

<u>Two Comparison Groups</u>

To explore the question of whether there is a unitary or dual system of higher education in South Carolina, two sets of comparisons between the TWIs and South Carolina State University are used in this report. First, statewide comparisons are made between the 11 four-year public TWIs and South Carolina State University, including the institutions designated Research Institutions and those designated Comprehensive Teaching Institutions. Second, regional comparisons are made between two TWIs (U.S.C.-Columbia and U.S.C.-Aiken) and South Carolina State— all located in the Orangeburg/Columbia/Aiken region of South Carolina. Why these two sets of comparisons? With respect to the statewide comparison, to a considerable extent the TWIs in South Carolina as well as land-grant South Carolina State have statewide orientations with overlapping service areas. And in light of the Internet Age we live in, colleges and universities in South Carolina are expanding online education and, in turn, the service areas of the TWIs and South Carolina State University are overlapping even more. Moreover, because of the legacy of a <u>de jure</u> segregated system of higher education in South Carolina that was codified by the state legislature, a statewide comparison is needed to determine whether there continues to be a statewide dual structure. With regard to the regional comparison, this is made on the grounds that the service areas of the institutions included in this group—institutions with regional as well as statewide orientations—overlap to a large extent in light of their geographical proximity to one another.

Identified below are the TWIs and the TBI used in the statewide comparisons in this report[1]:

<u>Traditionally White Institutions (TWIs)</u>               <u>Traditionally Black Institutions (TBI)</u>

University of South Carolina-Columbia (U.S.C-Colombia)  South Carolina State University (SCSU)
Clemson University
University of South Carolina-Aiken (U.S.C.-Aiken)
College of Charleston

---

[1] The Medical University of South Carolina was not included in the study in light of its distinctive mission.

5

Traditionally White Institutions (TWIs)

Coastal Carolina University
University of South Carolina-Upstate (U.S.C.-Upstate)
Francis Marion University
Lander University
The Citadel
University of South Carolina-Beaufort (U.S.C.-Beaufort)
Winthrop University

Identified below are the two TWIs and the TBI South Carolina State University that are located in the

Orangeburg/Columbia/Aiken region:

Traditionally White Institutions                    Traditionally Black Institution

University of Columbia-Columbia (USC-Columbia)     South Carolina State University (SCSU)
University of South Carolina-Aiken (USC-Aiken)


Classification of Instructional Programs (CIP)

For the purpose of this study, an inventory was required to identify academic programs at the

TWIs and at South Carolina State University.  To that end, I used the academic program inventory based

on the Classification of Instructional Programs (CIP) in Higher Education that is used by the South

Carolina Commission on Higher Education and the public universities in South Carolina.  This inventory

was developed on the basis of CIP information provided by the National Center for Education Statistics

(IPEDS Completion Survey, U.S. Department of Education).2 In brief, CIP is the national classification

standard used by colleges and universities across the United States in collecting, reporting, and

interpreting data on educational programs.[3]  CIP is also widely used by federal and state agencies along

with statewide governing and coordinating boards as a classification scheme for identifying educational

---

2This inventory was directly taken from the document from the South Carolina Commission on
Higher Education website entitled "Total Degrees Awarded by CIP Code, Institution, and Degree Level:
SC Public & Independent Colleges and Universities, Fiscal Year- 2013-2014, Institution Type Public."

[3]Consonant with the CIP program classification scheme, the following definitions are used
throughout the report.  The first two digits of a CIP code refer to the major field, for example, all
programs beginning with a "13" fall within the major field of Education.  Academic Program or Program
or Discipline refer to "an instructional program" (CIP, 1987, p. 8)

programs.  CIP was used in this study for several reasons.4  First, and most important, this study required

a program classification scheme that would help in both the classification and the "naming" of  programs.

CIP meets both of these criteria. Second, I chose the CIP classification system because it identifies

programs using terms widely-shared by students, faculty, and administrators in higher education.

<u>Key Terms in the Study</u>

To explore the question of whether there is currently a unitary or dual system between the TWIs

and the TBI in South Carolina, definitions of the following five terms are needed: unitary curriculum

structure, dual curriculum structure, program duplication, unnecessary program duplication, and

meaningful program uniqueness.  A <u>unitary curriculum structure</u> (unitary system) is a structure in which

two criteria are met. First, there is not a significant amount of unnecessary program duplication in the

TWIs and TBIs being compared such that the TBIs have an institutional identity based on their non-core

program offerings. (Non-core programs are those programs that are not essential to providing general and

specialized education in the basic liberal arts and sciences at the undergraduate level.)  Second, there is

meaningful program uniqueness in the institutions being compared such that the TBIs have a significant

number of <u>high-demand, non-core programs</u> that are not duplicated by the TWIs.  (High-demand

programs are defined as those which a disproportionately large number of students can be expected to

choose as their major field of study.)

In a <u>dual curriculum structure</u> (dual system), two criteria are met.  First, there is a substantial

amount of unnecessary program duplication between the institutions being compared such that the TBIs

do not have an institutional identity based on their program offerings.   Second, there is not meaningful

---

4 In selecting the CIP program inventory as the foundation for identifying programs, I was aware
from the outset that this inventory is not without limitation.  Most noteworthy, since the assignment of
identifying institutional programs by CIP number and code is usually assigned to no more than a few
individuals in an institution, I have found that it is occasionally the case that programs are placed in the
wrong CIP category; placed in more than one category; or, on occasion, not reported.

program uniqueness in the TBIs, that is, there are not a substantial number of high-demand, non-core

programs that are unique to the TBIs.  Without high-demand, non-core programs that are unique to TBIs,

the vestiges of segregation remain manifest in a dual structure which does not provide a programmatic

inducement for other-race students to attend TBIs that they might otherwise choose to attend.

Two terms that are cornerstones to these definitions of dual and unitary curriculum structures also

need definition: <u>program duplication</u> and <u>unnecessary program duplication</u>.  For the purposes of this

study, programs are considered <u>duplicated</u> if they are "broadly similar" to one another.  For example, if

two or more institutions being compared offer a bachelor's degree in English that program is considered

duplicated.  Programs that are duplicated are considered <u>unnecessarily duplicated</u> if they are not essential

for the provision of general and specialized education in the core liberal arts and sciences at the

undergraduate level—that is, only non-core (non-essential) programs may be unnecessarily duplicated.

At the graduate level, all programs are considered non-core on the grounds that core programs are

baccalaureate-level programs.  In <u>United States v. Fordice</u> (1992) the United States Supreme Court

affirmed the definition of unnecessary program duplication I established in my study of unnecessary

program duplication in higher education in Mississippi, namely, as referring "to those instances where

two or more institutions offer the same nonessential or noncore program.  Under this definition, all

duplication at the bachelor's level of nonbasic liberal arts and sciences course work and all duplication at

the master's level and above are considered to be unnecessary."[5]

---

[5]<u>United States v. Fordice</u>, 505 U.S. 717, 112 S. Ct. 2727 (1992).  In my report to the U.S. Department
of Justice in this case, which was reviewed by all of the prior courts involved in this litigation, I defined a
program as "necessary if the presence of that program is essential for the provision of general education
and specialized education in the basic liberal arts and sciences disciplines.  In this analysis, baccalaureate
degree programs that do not meet this definition are classified as nonessential. . . .  At the graduate level,
all programs are classified here as nonessential."  My report was titled <u>Mississippi Curriculum Study: A
Report for the United States Department of Justice</u> (1987, 96 pp.).  In Mississippi, Alabama, and
Louisiana, I used the term "broadly similar" to refer to programs that were duplicated—a term that the
U.S. Supreme Court chose to use in the <u>Fordice</u> case.

To explore the question of whether there is currently a unitary (desegregated) or dual (separate) system in South Carolina between the TWIs and South Carolina State University, it is essential to examine whether there is <u>meaningful program uniqueness</u> at South Carolina State University. As defined here, <u>meaningful program uniqueness</u> refers to the presence of a meaningful number of programs at South Carolina State University that are not only unique and non-core but also *high-demand*. Put simply, it is these programs that provide TBIs with a programmatic identity—an institutional identity that goes beyond a racial identity and provides a foundation for attracting a significant number of other-race students.

<u>Purpose of the Study</u>

At the present time, is there a unitary (desegregated) or a dual (segregated) system between the public traditionally white institutions (TWIs) in South Carolina and traditionally black South Carolina State University?  This question is addressed on the basis of two criteria:  1) unnecessary program duplication, and 2) meaningful program uniqueness.  Both criteria are weighted equally.   With regard to the second criterion, Appendix A elaborates on the importance of placing the criterion of meaningful program uniqueness—along with unnecessary program duplication—at the epicenter of this inquiry.

PART TWO:  FINDINGS

To explore whether there is currently a unitary (desegregated) or dual (separate) system of higher education in South Carolina, the findings are organized around the two criteria used to address this question: unnecessary program duplication and meaningful program uniqueness.  The first section presents the findings concerning unnecessary program duplication and the second presents the findings regarding meaningful program uniqueness.

<u>Unnecessary Program Duplication</u>

<u>Research Question</u>: When South Carolina State University and the TWIs in South Carolina are compared, is there a substantial amount of unnecessary duplication of the programs offered at South Carolina State University?

As a foundation for examining unnecessary program duplication, a list of programs identified as necessary or core is needed (a program is defined as a "core program" if the presence of that program is essential for the provision of general and specialized education in the basic liberal arts and sciences at the undergraduate level).  Appendix B identifies the programs that are classified in this study as core programs.  For the purposes of this analysis, all <u>non-core</u> programs offered at South Carolina State which are duplicated at the TWIs being compared with are classified as unnecessarily duplicated.  If one or more TWIs in a comparative set offers a non-core program that is offered at South Carolina State, the program at South Carolina State is considered unnecessarily duplicated on the grounds that in a unitary system the widespread duplication of non-core programs is unnecessary duplication.

Turning to the two sets of comparisons, Table 1 identifies the programs at South Carolina State University that are unnecessarily duplicated in the statewide comparison and Table 2 identifies the programs at South Carolina State that are unnecessarily duplicated by one or more of the two TWIs in the regional comparison.  Drawing on Table 1 and Table 2, Table 3 summarizes these findings by displaying: 1) the number of non-core programs at South Carolina State that are unnecessarily duplicated; 2) the total

number of non-core programs at South Carolina State that are offered; and 3) the percentage of non-core

programs at South Carolina State that are unnecessarily duplicated.

_____

Insert Tables 1, 2, and 3
_____

TABLE 1

SOUTH CAROLINA STATE PROGRAMS UNNECESSARILY DUPLICATED:

STATEWIDE COMPARISON

| | | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| CIP | NAME OF PROGRAM | | |
| 11.0101 | Computer and Information Sciences | Clemson<br>U.S.C.-Columbia<br>The Citadel<br>Coastal Carolina<br>College of Charleston<br>Francis Marion<br>Lander University<br>U.S.C-Upstate<br>Winthrop | Bachelors (SCSU) |
| 13.0401 | Educational Leadership and Administration | Clemson<br>U.S.C.-Columbia<br>The Citadel | Specialist (SCSU) |
| 13.0401 | Educational Leadership and Administration | Clemson<br>U.S.C.-Columbia | Doctorate (SCSU) |
| 13.1001 | Special Education and Teaching | Clemson<br>Coastal Carolina<br>College of Charleston<br>Lander University<br>Winthrop University<br>U.S.C.-Upstate<br>U.S.C.-Aiken | Bachelors (SCSU) |
| 13.1101 | Counselor Education/School Counseling and Guidance Services | Clemson<br>The Citadel<br>Winthrop University | Masters (SCSU) |
| 13.1202 | Elementary Education and Teaching | Clemson<br>U.S.C.-Columbia<br>Coastal Carolina<br>College of Charleston<br>Francis Marion University<br>Lander University<br>U.S.C-Upstate<br>U.S.C.-Aiken<br>Winthrop University | Bachelors (SCSU) |

TABLE 1 (continued)

| | | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| CIP | NAME OF PROGRAM | | |
| 13.1202 | Elementary Education and Teaching | U.S.C.-Columbia U.S.C.-Upstate College of Charleston | Masters (SCSU) |
| 13.1205 | Secondary Education and Teaching | Clemson U.S.C.-Columbia Lander University Winthrop University The Citadel Coastal Carolina | Masters (SCSU) |
| 13.1210 | Early Childhood Education and Teaching | Clemson U.S.C.-Columbia, Coastal Carolina, College of Charleston Francis Marion University Lander University U.S.C-Aiken U.S.C.-Upstate U.S.C.-Beaufort Winthrop University | Bachelors (SCSU) |
| 13.1210 | Early Childhood Education and and Teaching | U.S.C.-Columbia, College of Charleston U.S.C.-Upstate Winthrop University | Masters (SCSU) |
| 13.1312 | Music Teacher Education | Winthrop University | Bachelors (SCSU) |
| 13.1314 | Physical Ed Teaching and Coaching | U.S.C.-Columbia The Citadel Coastal Carolina College of Charleston Lander University U.S.C.-Upstate Winthrop University | Bachelors (SCSU) |
| 43.0104 | Criminal Justice/Law Enforcement | U.S.C.-Columbia The Citadel Lander University U.S.C.-Upstate | Bachelors (SCSU) |

TABLE 1 (continued)

|  |  | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| CIP | NAME OF PROGRAM |  |  |
| 44.0701 | Social Work | U.S.C.-Columbia<br>Winthrop University | Bachelors  (SCSU) |
| 50.0501 | Drama and Dramatics/<br>Theatre Arts | U.S.C.-Columbia<br>Coastal Carolina University<br>College of Charleston<br>Francis Marion University<br>Winthrop University | Bachelors (SCSU) |
| 50.0702 | Fine/Studio Arts | U.S.C.-Columbia<br>Coastal Carolina<br>College of Charleston<br>U.S.C.-Aiken<br>U.S.C.-Beaufort<br>U.S.C.-Upstate | Bachelors (SCSU) |
| 50.1003 | Music Management | Francis Marion University | Bachelors (SCSU) |
| 51.2399 | Rehabilitation and<br>Therapeutic Professions | U.S.C.-Columbia | Masters |
| 52.0101<br>52.0201 | Business/Commerce<br>Business Admin/Management<br>Note: 52.0101  and 52.0102<br>are "broadly similar" and<br>therefore combined. | Clemson University<br>U.S.C.-Columbia<br>The Citadel<br>Coastal Carolina<br>College of Charleston<br>Francis Marion University<br>Lander University<br>U.S.C.-Aiken<br>U.S.C.-Beaufort<br>U.S.C.-Upstate<br>Winthrop University | Bachelors (SCSU) |
| 52.0101<br>52.0201 | Business/Commerce<br>Business Admin/Management<br>Note: 52.0101  and 52.0102<br>are "broadly similar" and<br>therefore combined | Clemson University<br>U.S.C.-Columbia<br>The Citadel<br>Coastal Carolina<br>College of Charleston<br>Francis Marion University<br>Winthrop University | Masters (SCSU) |

TABLE 1 (continued)

|  |  | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| 52.0301 | Accounting | U.S.C.-Columbia<br>Clemson University<br>Coastal Carolina<br>College of Charleston<br>Francis Marion University | Bachelor's |
| 52.0601 | Business/Managerial Economics | U.S.C.-Columbia<br>Coastal Carolina University<br>Francis Marion University | Bachelors (SCSU) |
| 52.1401 | Marketing/Marketing<br>Management | U.S.C.-Columbia<br>Clemson University<br>Coastal Carolina<br>College of Charleston<br>Francis Marion University | Bachelor's |

15

TABLE 2

SOUTH CAROLINA STATE PROGRAMS UNNECESSARILY DUPLICATED:

ORANGEBURG/COLUMBIA/AIKEN REGION

| CIP | NAME OF PROGRAM | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| 11.0101 | Computer and Information Sciences | U.S.C.-Columbia | Bachelors (SCSU) |
| 13.0401 | Educational Leadership and Administration | U.S.C.-Columbia | Specialist (SCSU) |
| 13.0401 | Educational Leadership and Administration | U.S.C.-Columbia | Doctorate (SCSU) |
| 13.1202 | Elementary Education and Teaching | U.S.C.-Columbia U.S.C.-Aiken | Bachelors (SCSU) |
| 13.1202 | Elementary Education and Teaching | U.S.C.-Columbia | Masters (SCSU) |
| 13.1205 | Secondary Education and Teaching | U.S.C.-Columbia | Masters (SCSU) |
| 13.1210 | Early Childhood Education and Teaching | U.S.C-Columbia U.S.C-Aiken | Bachelors (SCSU) |
| 13.1210 | Early Childhood Education and Teaching | U.S.C.-Columbia | Masters (SCSU) |
| 13.1314 | Physical Ed Teaching and Coaching | U.S.C.-Columbia | Bachelors (SCSU) |
| 43.0104 | Criminal Justice/Law Enforcement | U.S.C.-Columbia | Bachelors (SCSU) |
| 44.0701 | Social Work | U.S.C.-Columbia | Bachelors  (SCSU) |
| 50.0501 | Drama and Dramatics/ Theatre Arts | U.S.C.-Columbia | Bachelors (SCSU) |

16

TABLE 2 (continued)

|  |  | Traditionally White Institutions | South Carolina State University |
|---|---|---|---|
| CIP | NAME OF PROGRAM | | |
| 50.0702 | Fine/Studio Arts | U.S.C.-Columbia U.S.C.-Aiken | Bachelor's (SCSU) |
| 51.2399 | Rehabilitation and Therapeutic Professions | U.S.C.-Columbia | Masters (SCSU) |
| 52.0201 | Business Admin and Management | U.S.C.-Columbia U.S.C.-Aiken | Bachelor's (SCSU) |
| 52.0301 | Accounting | U.S.C.-Columbia | Bachelor's (SCSU) |
| 52.1401 | Marketing/Marketing Management | U.S.C.-Columbia | Bachelor's (SCSU) |
| 52.0601 | Business/Managerial Economics | U.S.C.-Columbia | Bachelors (SCSU) |
| 52.0201 | Business Admin and Management | U.S.C.-Columbia U.S.C.-Aiken | Bachelor's (SCSU) |
| 52.0601 | Business/Managerial Economics | U.S.C.-Columbia | Bachelors (SCSU) |

TABLE 3

UNNECESSARY PROGRAM DUPLICATION (BY DEGREE LEVEL) OF PROGRAMS AT

SOUTH CAROLINA STATE UNIVERSITY

<u>STATEWIDE COMPARISON</u>

|  | <u>B</u> | <u>M</u> | <u>S</u> | <u>D</u> |
|---|---|---|---|---|
| Number of Non-Core Programs at SCSU Unnecessarily Duplicated by TWIs | 15 | 6 | 1 | 1 |
| <u>Number of Non-Core Programs at SCSU</u> | <u>27</u> | <u>10</u> | <u>1</u> | <u>1</u> |
| Percent Unnecessary Duplication | 56% | 60% | 100% | 100% |

<u>ORANGEBURG/COLUMBIA/AIKEN REGIONAL COMPARISON</u>

|  | <u>B</u> | <u>M</u> | <u>S</u> | <u>D</u> |
|---|---|---|---|---|
| Number of Non-Core Programs at SCSU Unnecessarily Duplicated by TWIs | 14 | 4 | 1 | 1 |
| <u>Number of Non-Core Programs at SCSU</u> | <u>27</u> | <u>10</u> | <u>1</u> | <u>1</u> |
| Percent Unnecessary Duplication | 52% | 40% | 100% | 100% |

<u>Degree Level</u>:
B:  Bachelors
M: Masters
S:  Specialist
D:  Doctoral

With respect to the statewide comparison, Table 3 shows that of the 27 non-core bachelor's level programs at SCSU, 15 are offered at one or more of the TWIs; at the master's level, 6 of the 10 non-core programs are also offered at one or more of the TWIs; and the single non-core program offered by SCSU at the specialist and doctoral levels are also offered at one or more of the TWIs.

With respect to the regional comparison group, the findings closely mirror those at the state level. Table 3 shows that of the 27 non-core bachelor's level programs at SCSU, 14 of these programs are offered at one or more of the TWIs; at the master's level, 4 of the of the 10 non-core programs are also offered at one or both of the TWIs; and the single non-core program offered by SCSU at the specialist and doctoral levels are also offered at the TWIs.

In summary, the findings in both comparison groups show a considerable amount of unnecessary duplication—across degree levels—between the TWIs and South Carolina State University.

<u>Meaningful (High-Demand and Non-Core) Program Uniqueness</u>

<u>Research Question</u>: When South Carolina State University and the TWIs in South Carolina are compared, is there meaningful program uniqueness in South Carolina State University as reflected in a significant amount of high-demand, non-core programs that are unique (unduplicated) to the institution?

As a point of departure for examining whether there is meaningful program uniqueness at South Carolina State University, an operational definition of <u>high-demand programs</u> is needed.  For purposes of this analysis, <u>high-demand programs</u> are non-core programs that currently attract, and are expected to attract for the foreseeable future, significant numbers of students.[6]  (Appendix C identifies all programs identified as high-demand programs.) By CIP code and degree level, Tables 4 and 5 identify the unique

---

[6] The majority of high-demand programs in American colleges and universities are in professional fields of study.  At both the undergraduate and graduate level, many of these professional programs are nested within the following major fields of study: business and management, education, engineering, and computer and information sciences.  At the undergraduate level, roughly three-fourths of all undergraduate students in higher education major in professional programs and the percentage is significantly higher at the master's level (roughly one-half of doctoral degrees are in professional fields).

(unduplicated), non-core programs—including those that have been identified as high-demand programs—in the two comparison groups.  In the statewide comparison, Table 4 displays the following information for South Carolina State University: the unique, non-core programs (including those programs which are high-demand) by degree level. With respect to the regional comparison, Table 5 displays the displays the following information for South Carolina State University: the unique, non-core programs (including those programs which are high-demand) by degree level.

_____

Insert Tables 4, 5, 6

_____

TABLE 4

UNIQUE, NON-CORE PROGRAMS (INCLUDING HIGH DEMAND PROGRAMS)

AT SOUTH CAROLINA STATE UNIVERSITY:

STATEWIDE COMPARISON

| CIP | NAME OF PROGRAM | DEGREE LEVEL |
|---|---|---|
| 09.0102 | Mass Communications/Media Studies | Bachelors** |
| 10.0101 | Agribusiness/Agricultural Business Operations | Bachelors |
| 13.1303 | Business Education, Teacher | Bachelors |
| 14.2301 | Nuclear Engineering | Bachelors |
| 15.0201 | Civil Engineering Technology/Technician | Bachelors |
| 15.0303 | Electrical/Electronic and Communications Engineering Technology/Technician | Bachelors |
| 15.0612 | Industrial Technology/Technician | Bachelors |
| 15.0805 | Mechanical Engineering/Mechanical Technology/Technician | Bachelors |
| 19.0101 | Family and Consumer Sciences/Human Sciences | Bachelors** |
| 19.0501 | Foods, Nutrition, and Wellness Studies | Bachelors |
| 19.0501 | Foods, Nutrition, and Wellness Studies | Masters |
| 1907.01 | Human Development and Family Studies | Masters |
| 31.0501 | Health and Physical Education/Fitness | Bachelors |
| 51.0204 | Audiology/Audiologist and Speech-Language Pathology/Pathologist | Bachelors** |
| 51.0204 | Audiology/Audiologist and Speech-Language Pathology/Pathologist | Masters** |
| 52.0209 | Transportation/Mobility Management | Masters |

**High-Demand Program

TABLE 5

UNIQUE, NON-CORE PROGRAMS (INCLUDING HIGH DEMAND PROGRAMS)

AT SOUTH CAROLINA STATE UNIVERSITY:

ORANGEBURG/COLUMBIA/AIKEN REGION

| CIP | NAME OF PROGRAM | DEGREE LEVEL |
|-----|----------------|--------------|
| 09.0102 | Mass Communications/Media Studies | Bachelors** |
| 10.0101 | Agribusiness/Agricultural Business Operations | Bachelors |
| 13.1001 | Special Education and Teaching | Bachelors |
| 13.1101 | Counselor Education/School Counseling/Guidance | Masters** |
| 13.1303 | Business Education, Teacher | Bachelors |
| 13.1312 | Music Teacher Education | Bachelors |
| 14.2301 | Nuclear Engineering | Bachelors |
| 15.0201 | Civil Engineering Technology/Technician | Bachelors |
| 15.0303 | Electrical/Electronic and Communications Engineering Technology/Technician | Bachelors |
| 15.0612 | Industrial Technology/Technician | Bachelors |
| 15.0805 | Mechanical Engineering/Mechanical Technology/Technician | Bachelors |
| 19.0101 | Family and Consumer Sciences/Human Sciences | Bachelors** |
| 19.0501 | Foods, Nutrition, and Wellness Studies | Bachelors |
| 19.0501 | Foods, Nutrition, and Wellness Studies | Masters |
| 19.0701 | Human Development and Family Studies | Masters |
| 31.0501 | Health and Physical Education/Fitness | Bachelors |

**High-Demand Program

22

| CIP | NAME OF PROGRAM | DEGREE LEVEL |
|---|---|---|
| 50.1003 | Music Management | Bachelors |
| 51.0204 | Audiology/Audiologist and Speech-Language Pathology/Pathologist | Bachelors** |
| 51.0204 | Audiology/Audiologist and Speech-Language Pathology/Pathologist | Masters** |
| 52.0209 | Transportation/Mobility Management | Masters |

TABLE 6

UNIQUE, NON-CORE PROGRAMS (INCLUDING HIGH-DEMAND PROGRAMS) AT

SOUTH CAROLINA STATE UNIVERSITY BY DEGREE LEVEL

### STATEWIDE COMPARISON

|  | B | M | S | D |
|---|---|---|---|---|
| No. of  Unique Non-Core Programs | 12 | 4 | 0 | 0 |
| No. of Unique, High-Demand,<br>   Non-Core Programs | 3 | 1 | 0 | 0 |

### ORANGEBURG/COLUMBIA/AIKEN REGIONAL COMPARISON

|  | B | M | S | D |
|---|---|---|---|---|
| No. of  Unique Non-Core Programs | 15 | 5 | 0 | 0 |
| No. of Unique, High-Demand,<br>   Non-Core Programs | 3 | 2 | 0 | 0 |

Degree Level:
B:  Bachelors
M: Masters
S:  Specialist
D:  Doctoral

Building on the information provided in Table 4 and Table 5, Table 6 shows that at South Carolina State University there are relatively few unique, non-core programs and, most notably, very few unique, non-core programs that are also high-demand. In the statewide comparison, South Carolina State offers a total of 16 unique, non-core programs: 12 at the bachelor's level and 4 at the master's level. And of those 16 programs, *only four are unique, high-demand, non-core programs*—three at the bachelor's level and one at the master's level. These findings are mirrored in the Orangeburg/Columbia/Aiken regional comparison where South Carolina State offers a total of 20 unique, non-core programs: 15 at the bachelor's level and 5 at the master's level. And of these 16 programs, *only five are unique, high-demand, non-core programs*—three at the bachelor's level and two at the master's level. By way of further comparison,  not one of the unique, high-demand, non-core programs at SCSU is close to being as high-demand as many programs at University of South Carolina-Columbia and Clemson University.[7]  Indeed, all of the *very high-demand, non-core programs (across degree levels)* in South Carolina's public universities are located in one or more of the TWIs.

How does the data summarized in Table 6 inform this inquiry into whether there is meaningful program uniqueness at South Carolina State University as reflected in a significant number of <u>high-demand</u>, unique, non-core programs?  Because South Carolina State University offers <u>very few unique, high-demand, non-core programs</u>—across degree levels—there is very little program uniqueness at South

---

[7]To illustrate, with respect to 2013-2014 graduation data regarding South Carolina's public universities, the number of graduates in the three unique, high-demand, non-core bachelor's programs at SCSU in the statewide comparison were 13 students (Mass Communications), 59 students (Family and Consumer Sciences), and 19 students (Audiology/Audiologist and Speech Language Pathology.) By way of comparison, U.S.C.-Columbia offered many very high-demand non-core programs including programs not offered at more than one or two other TWIs in the public universities in South Carolina. To wit, in 2013-2014 U.S.C.-Columbia graduated 168 students at the bachelor's level in Public Relations/Image Management and that same year Clemson University and U.S.C.-Columbia graduated, respectively, 170 students and 92 students at the bachelor's level in the field of Mechanical Engineering. All of the *very high-demand, non-core programs (across degree levels)* in South Carolina's public universities are located in one or more of the TWIs.

Carolina State University that meaningfully differentiates the program offerings at SCSU from the TWIs. Put simply, there is not meaningful (high-demand and non-core) program uniqueness at South Carolina State University—program uniqueness that would provide the institution with a programmatic (institutional) identity that transcends the legacy of a race-based identity and, in so doing, would differentiate South Carolina State from the TWIs in South Carolina.

By way of contrast, two of the TWIs in South Carolina in particular—by offering  many programs that are high-demand and non-core  and are not offered at South Carolina State University— have clearly developed "institutional identities" based on their program offerings. The University of South Carolina-Columbia is the comprehensive flagship university in South Carolina and offers many high-demand non-core programs not offered at SCSU across degree levels.  Clemson University, a land-grant and sea-grant university, similarly offers many high-demand non-core programs not offered at SCSU.8

---

8See South Carolina Commission on Higher Education website document entitled "Total Degrees Awarded by CIP Code, Institution, and Degree Level: SC Public & Independent Colleges and Universities, Fiscal Year- 2013-2014, Institution Type Public."

PART THREE:  SUMMARY OF FINDINGS AND CONCLUSION

<u>Summary of Findings: A Unitary (Desegregated) or a Dual (Segregated) System?</u>

Two criteria—*unnecessary duplication* of program offerings at South Carolina State University and *meaningful program uniqueness* (that is, the presence of a substantial number of high-demand, non-core programs unique to South Carolina State University)—were used to address the question of whether the state of South Carolina has a unitary (desegregated) or dual (segregated) system of higher education.

As to the first criterion, there is a considerable amount of unnecessary program duplication, across degree levels, between the TWIs and South Carolina State University.  More specifically, the majority of programs—across degree levels—at South Carolina State University are unnecessarily duplicated in both the statewide and the Orangeburg/Columbia/Aiken comparisons.  With regard to the statewide comparison, 15 of the of the 27 non-core programs at bachelor's level at South Carolina State University are offered at one or more of the TWIs; at the master's level, 6 of the of the 10 non-core programs offered at South Carolina State University are also offered at one or more of the TWIs; and the single programs at SCSU offered at the specialist and doctoral levels at also offered at one or more of the TWIs. With respect to the regional comparison group, 14 of the 27 non-core programs at bachelor's level at South Carolina State University are offered at one or more of the TWIs; and at the master's level, 4 of the of the 10 non-core programs offered at South Carolina State University are also offered at one or more of the TWIs.

As to the second criterion, South Carolina State University does not have a substantial number of unique, high-demand, non-core programs across degree levels in either of the two comparison groups. In the statewide comparison, South Carolina State offers a total of 16 unique, non-core programs: 12 at the bachelor's level and 4 at the master's level.  Most noteworthy by far, *SCSU offers only a total of only four unique, high-demand, non-core programs—including three at the bachelor's level and one at the master's level.*  These findings are mirrored in the Orangeburg/Columbia/Aiken regional comparison, where South

Carolina State offers a total of only 20 unique, non-core programs: 15 at the bachelor's level and 5 at the master's level.  And of particular note, *SCSU offers only a total of only five unique, high-demand, non-core programs* in the Orangeburg/Columbia/Aiken regional comparison—including three at the bachelor's level and two at the master's level.

In conclusion, because of the unnecessary program duplication—and especially the absence of a significant number of unique, non-core programs at South Carolina State University that are high-demand programs—the vestiges of the de jure segregated system of higher education remain in place in South Carolina.  Nested in this context, it is worth noting that that the 1890 land-grant institution South Carolina State continues to have a very limited institutional mission.  [The U.S. Supreme Court held in Fordice that limited missions are part and parcel of a segregated system of higher education (112 S.Ct. 2741)].  Put simply, South Carolina State University does not have an institutional identity anchored to its programs.  Given their limited program offerings, SCSU's "operative mission" remains primarily focused on the purpose for which they were founded: to provide educational opportunity for South Carolina's Black population.

In contrast, two of the TWIs in South Carolina have institutional identities closely tethered to program offerings (across degree levels) that distinguish them from South Carolina State University as well as other TWIs.  Notably, the University of South Carolina-Columbia is the state's comprehensive research university—the "flagship" institution of higher education in South Carolina—and Clemson University has a distinctive programmatic identity with extensive offerings at the undergraduate and graduate level in the fields of agriculture and engineering.

<u>Conclusion</u>

In light of this study's findings, it is concluded that there currently exists a dual (segregated) system between the traditionally white institutions (TWIs) and the traditionally black institution South Carolina State University. Without a unitary (desegregated) system—a system that includes unique, high-

demand, non-core programs that provide South Carolina State University with an institutional identity that goes beyond race—the current segregated system of higher education in South Carolina remains firmly in place, and will likely continue to exist for the foreseeable future.

APPENDIX A

THE SIGNIFICANCE OF MEANINGFUL PROGRAM UNIQUENESS

The concept of meaningful program uniqueness is fundamental to this inquiry for two primary reasons. First, meaningful program uniqueness at South Carolina State University is closely tethered to eliminating any remaining vestiges—namely, a dual structure—of a historically separate and unequal system of higher education. Second, meaningful program uniqueness at South Carolina State University is critical to ensuring that the institution has an identity anchored in its program offerings which, in turn, encourages other-race students to attend an institution that they have traditionally been unlikely to attend—and, in so doing, desegregating a former de jure system of higher education. This two-fold rationale for the centrality of meaningful program uniqueness in this inquiry is elaborated on in the remainder of this appendix.

Meaningful Program Uniqueness Contributes to Eliminating Vestiges of Segregation

As emphasized by the U.S. Supreme Court in Fordice: "It can hardly be denied that such [unnecessary] duplication was part and parcel of the prior dual system of higher education—the whole notion of 'separate but equal' required duplicative programs in two sets of schools—and the present unnecessary duplication [in Mississippi] is a continuation of that practice."[9] In so doing, the Court found that unnecessary duplication remains a major vestige of a de jure era of segregation that undermines meaningful program uniqueness in TBIs.

While offering a significant number of unique (non-duplicated) program offerings provides a foundation for distinguishing one institution from another, it is the presence of those programs that are not only unique but also high-demand that meaningfully distinguishes colleges and universities from one another. To illustrate, faculty, administrators, alumni, the public, and above all students frequently assign identities to institutions based on their program offerings that are at once unique and high-demand. A

---

[9]United States v. Fordice, 505 U.S. 717, 112 S. Ct. 2727 (1992).

good example is the identities of land-grant institutions—identities which are closely associated with

program offerings in engineering and agriculture at both the undergraduate and graduate levels.  Without

meaningful program uniqueness—programmatic distinctiveness that provides the foundation of an

institutional identity that goes beyond race—a vestige of a prior de jure segregated system of higher

education remains in place.

<u>Meaningful Program Uniqueness Encourages Students to Attend Other-Race Institutions</u>

Without meaningful program uniqueness in TBIs there are relatively few inducements for

students to attend institutions that they would not otherwise be likely to attend.  Two features of

"meaningful" program uniqueness—the presence of <u>high-demand programs and the presence of unique</u>

<u>(non-duplicated) programs</u>—provide a major incentive for students to select other-race institutions. The

two primary features of "meaningful" program uniqueness identified here—the presence of <u>high-demand</u>

<u>programs</u> and the presence of <u>unique (non-duplicated) programs</u>—are important for two reasons:

1.  Many prospective students consider the availability of highly desired (high-demand) programs in such

    professional fields as business,  nursing, and engineering) as a  major consideration in their choice of

    college or university.

2.  The simple presence of a desired non-core program that is not available in a paired institution often

    provides a compelling reason for a student to choose one institution over another.

 In short, if TBIs offer high-demand programs that other-race students wish to pursue—especially if these

institutions are the only institution offering the desired program—other-race students are considerably

more likely to enroll in such institutions than would otherwise be the case.

That "high-demand programs" and "unique programs" are a major incentive for students to

choose one institution over another finds considerable support in the literature on college choice.  As

discussed in one of the more comprehensive reviews of the factors that lead students to choose one

institution over another (Hossler, Braxton, and Coopersmith, 1989, pp. 270-272), the presence of <u>special</u>

academic programs (major area of study) is ranked by students as the single most important factor that they take into account when choosing a college.[10]  Although the "special" in "special academic programs" is not always broken apart in the literature such that this term encompasses the dual meanings of "high-demand" and "unique," the literature lends strong support to the proposition that "high-demand" and "unique" programs are important to students when choosing a college or university.[11]

In regard to white student choice of TBIs, there have been until recently no major studies of the factors that influence white students to attend TBIs.  In one study—which is anchored in interviews I conducted with 80 individuals (32 administrators, 12 faculty members, and 36 students) associated with five Traditionally Black Institutions—we found that of the 14 major factors that influence the matriculation of white students at TBIs, the two most important are: high-demand programs and unique programs (that is, programs not available in TWIs with overlapping service areas).[12]

This study concluded that the most important factor in attracting whites to HBIs is high-demand programs—especially in such fields as business, education, engineering, and nursing. [13]  To illustrate, an administrator at historically black North Carolina A&T University emphasized that white students have,

[10]The next six most frequently mentioned characteristics, in order of relative importance, are: tuition costs, financial aid availability, general academic reputation/general quality, location (distance from home), size, and social atmosphere.

11 Many studies have asked students to rank the most important factors they considered in applying and enrolling in colleges and universities (see, for example, Bowers and Pugh, 1973; Chapman and Jackson, 1987; Dahl, 1982; Douglas et al., 1983, Keller and McKewon, 1984; Konnert and Giese, 1987; Lay and Maguire, 1980; Litten et al., 1983, Stewart et al. 1987).

[12]In order of importance, the remaining 12 factors were: alternative program delivery systems, graduate (master's) programs in high-demand fields, positive reputation for quality, student scholarships, low cost, positive image as a multiracial institution, supportive and inclusive campus culture, white student recruitment, articulation and cooperative agreements with TWIs, positive external relations with community and professional constituencies, safe environment, and attractive campus appearance (see Conrad, et al., 1997, p. 43).

[13]In the study, we use the phrase "program offerings in high-demand fields."  The meaning is identical to "high-demand programs."

in recent years, become very particular in terms of the programs they want to pursue.  A white undergraduate student at A&T said that what attracted him to the institution was its programs in engineering, which made him "overlook that A&T is a Black school."  In the same vein, many interviewees at historically black Winston-Salem State University said that it was programs in high-demand professional fields that drew white students to the campus.  Several interviewees referred to the bachelor's programs in physical therapy and nursing: more than 70% of the students in both programs were white.  An administrator at Winston-Salem, after emphasizing how career-driven most white students are, said that administrators and faculty at TBIs need to address this fundamental question if they are to attract substantial numbers of white students: "Do [we] have the academic programs that [White] students want for their major?" (Conrad et al., 1997, pp. 43-44)

 The second factor identified in this study, unique program offerings, was also found to be an important factor in inducing whites to attend TBIs—especially when programs are in high demand.  In a nutshell, many white students I interviewed said that the only reason they chose to attend an TBI was because the program they wanted to pursue was within commuting distance.  At North Carolina A&T, for example, many white students said they matriculated to programs in architecture or nursing because these desired programs are either not offered at the nearby University of North Carolina at Greensboro or they have enrollment caps.  At Winston-Salem, one administrator said simply that "program duplication" between his institution and other TWIs militates against white students attending TBIs. As he put it: "If both institutions have a program, there will be automatic separation by race."  Echoing the point, a white student said that he came to Winston-Salem because it was "the only game in town."  A faculty member from Winston-Salem used the same language to emphasize that program uniqueness was what attracted whites to TBIs (Conrad, et al., 1997, pp. 44-45).

In summary, the literature on college choice gives strong support to the proposition that meaningful program uniqueness—as reflected in the presence of a significant number of non-core

programs in TBIs that are at once <u>high-demand</u> and <u>non-duplicated</u>—is critical to helping ensure that substantial numbers of non-Black students choose to attend TBIs.

APPENDIX B

CORE PROGRAMS

| CIP Number | Name of Discipline (Program) |
|---|---|
| 3.0103 | Environmental Studies |
| 3.0104 | Environmental Science |
| 5.0102 | American/United States Studies/Civilization |
| 5.0107 | Latin American Studies |
| 5.0207 | Women's Studies |
| 09.0101 | Communication Studies/Speech Communication |
| 11.0101 | Computer and Information Sciences, General |
| 11.0401 | Information Science/Studies |
| 16.0102 | Linguistics |
| 16.0104 | Comparative Literature |
| 16.0501 | German Language and Literature |
| 16.0901 | French Language and Literature |
| 16.0905 | Spanish Language and Literature |
| 16.12 | Classics and Classical Languages, Literatures, and Linguistics |
| 23.0101 | English Language and Literature |
| 23.1001 | Speech and Rhetorical Studies |
| 23.9999 | English Language and Literature/Letters |
| 24.0101 | Liberal Arts and Sciences/Liberal Studies |
| 24.0103 | Humanities/Humanistic Studies |
| 24.0199 | Liberal Arts and Sciences, Humanities |
| 26.0101 | Biology/Biological Sciences, General |
| 27.0101 | Mathematics, General |
| 30.2001 | International/Global Studies |
| 30.2201 | Ancient Studies/Civilization |
| 30.2301 | Intercultural/Multicultural and Diversity Studies |
| 30.9999 | Multi-/Interdisciplinary Studies |
| 31.0505 | Kinesiology and Exercise Science |
| 38.0101 | Philosophy |
| 40.0101 | Physical Sciences |
| 40.0501 | Chemistry, General |
| 40.0601 | Geology/Earth Science, General |
| 40.0801 | Physics, General |

Source:  The author of this report constructed this table based on the following data source:
IPEDS Completion Survey: 2006-07. Washington, D.C.: National Center for Education Statistics, U.S. Department of Education, 2009.

APPENDIX B (continued)

| CIP Number | Name of Discipline (Program) |
|---|---|
| 31.0505 | Kinesiology and Exercise Science |
| 38.0101 | Philosophy |
| 40.0101 | Physical Sciences |
| 40.0501 | Chemistry, General |
| 40.0601 | Geology/Earth Science, General |
| 40.0801 | Physics, General |
| 42.0101 | Psychology, General |
| 45.0101 | Social Sciences, General |
| 45.0201 | Anthropology |
| 45.0601 | Economics |
| 45.0701 | Geography |
| 45.0901 | International Relations and Affairs |
| 45.1001 | Political Science and Government |
| 45.1002 | American Government and Politics (U.S.) |
| 45.1101 | Sociology |
| 50.0701 | Art/Art Studies |
| 50.0901 | Music, General |
| 54.0101 | History, General |
| 54.0199 | History, Other |

APPENDIX C

HIGH-DEMAND (NON-CORE) PROGRAMS

Source:  I identified the high-demand non-core programs based on contemporary literature and writings on current and projected high-demand programs in higher education as well as on the following two sources: 1) South Carolina Commission on Higher Education website document entitled "Total Degrees Awarded by CIP Code, Institution, and Degree Level: SC Public & Independent Colleges and Universities, Fiscal Year- 2013-2014, Institution Type Public"; 2) IPEDS Completion Survey: 2006-07 (Washington, D.C.: National Center for Education Statistics, U.S. Department of Education, 2009).

BACHELOR'S LEVEL

| CIP | Name of Discipline (Program) |
|---|---|
| 04.0201 | Architecture |
| 09.0101 | Speech Communication and Rhetoric |
| 09.0102 | Mass Communication/Media Studies |
| 09.0702 | Digital Communication and Media/Multimedia |
| 09.0902 | Public Relations/Image Management |
| 11.0101 | Computer and Information Sciences, General |
| 11.0103 | Information Technology |
| 13.1001 | Special Education and Teaching |
| 13.1202 | Elementary Education and Teaching |
| 13.1205 | Secondary Education and Teaching |
| 13.1210 | Early Childhood Education and Teaching |
| 13.1314 | Physical Education Teaching and Coaching |
| 14.0501 | Bioengineering and Biomedical Engineering |
| 14.0801 | Civil Engineering |
| 14.0901 | Computer Engineering |
| 14.1001 | Electrical and Electronics Engineering |
| 14.1901 | Mechanical Engineering |
| 19.0101 | Family and Consumer Sciences/Human Sciences |
| 26.0908 | Exercise Physiology |
| 26.1302 | Marine Biology and Biological Oceanography |
| 30.2001 | International/Global Studies |
| 31.0504 | Sports and Fitness Administration/Management |
| 31.0505 | Kinesiology and Exercise Science |
| 43.0103 | Criminal Justice/Law Enforcement Administration |
| 44.0701 | Social Work |
| 50.0699 | Film Video and Photographic Arts |
| 50.0702 | Fine /Studio Arts, General |
| 50.0901 | Music, General |
| 51.0204 | Audiology/Audiologist and Speech Language Pathology/Pathologist |
| 51.2299 | Public Health, Other |
| 51.3801 | Nursing, (R.N.to B.S.N.) |
| 51.9999 | Health Professions and Related Clinical Sciences |
| 52.0101 | Business/Commerce, General |
| 52.0201 | Business Administration and Management |
| 52.0301 | Accounting |
| 52.0801 | Finance, General |
| 52.1101 | International Business/Trade/Commerce |
| 52.1401 | Marketing/Marketing Management, General |

<u>MASTER'S LEVEL</u>

| <u>CIP</u> | <u>Name of Discipline (Program)</u> |
|---|---|
| 09.0401 | Journalism |
| 11.0101 | Computer and Information Sciences |
| 13.0101 | Education, General |
| 13.0301 | Curriculum and Instruction |
| 13.0401 | Educational Leadership and Administration |
| 13.1001 | Special Education and Teaching, General |
| 13.1101 | Counselor Education/School Counseling/Guidance |
| 13.1202 | Elementary Education and Teaching |
| 13.1205 | Secondary Education and Teaching |
| 14.0901 | Computer Engineering |
| 14.1001 | Electrical, Electronics and Communications Engineering |
| 14.1901 | Mechanical Engineering |
| 25.0101 | Library Science and Information Science |
| 44.0401 | Public Administration |
| 44.0701 | Social Work |
| 51.0203 | Speech-Language Pathology/Pathologist |
| 51.0204 | Audiology/Audiologist and Speech-Language Pathology/Pathologist |
| 51.0912 | Physician Assistant |
| 51.2207 | Public Health Education and Promotion |
| 51.2211 | Health Services Administration |
| 51.2399 | Rehabilitation and Therapeutic Professions |
| 51.3808 | Nursing Science |
| 52.0101 | Business/Commerce |
| 52.0201 | Business Administration and Management |
| 52.0301 | Accounting |
| 52.1005 | Human Resources Management |
| 52.1101 | International Business/Trade/Commerce |

REFERENCES

Astin, A.W., and Solmon, L.C.  "Are Reputational Ratings Needed to Measure Quality?" Change,
        1981, 13, pp. 14-19.

Astin, A.  Minorities in American Higher Education:  Recent Trends, Current Prospects, and
        Recommendations.  San Francisco:  Jossey-Bass, 1985.

Beyer, J.M., and Snipper, R.  "Objective Versus Subjective Indicators of Quality."  Sociology of
        Education, 1974, 47, pp. 541-557.

Black, D.A., and Smith, J.A.  "How Robust is the Evidence on the Effects of College Quality?  Evidence
        from Matching."  Journal of Econometrics, 2004, 121, pp. 99-124.

Bowers, T. and R. Pugh.  "Factors Underlying College Choice by Students and Parents."  Journal of
        College Student Personnel, 1973, 38, pp. 220-224.

Carnevale, A.P., and Rose, S.J. "Socioeconomic Status, Race/Ethnicity, and Selective College
        Admissions."  In R.D. Kahlenberg  (Ed.),  America's Untapped Resource: Low–Income
        Students in Higher Education.  New York: Century Foundation Press, 2004.

Chapman, R.C. and R. Jackson.  College Choice of Academically Able Students: The Influence of Non-
        Need Financial Aid and Other Factors.  (Research Monograph No. 10).  New York: College
        Board, 1987.

Clark, M. J. , Hartnett, R.T., and Baird, L. L.  Assessing Dimensions of Quality in Doctoral Education: A
        Technical Report of a National Study in Three Fields.  Princeton, New Jersey: Educational
        Testing Service, 1976.

Clemente, F., and Sturgis, R. B.  "Quality of Department of Doctoral Training and Research
        Productivity." Sociology of Education, 1974, 47, pp. 287-299.

Conrad, C. F., and Blackburn, R.T.  "Correlates of Departmental Quality in Regional Colleges and
        Universities."  American Educational Research Journal , 1985a, 22, pp. 279-295.

Conrad, C. F., and Blackburn, R.T. "Research on Program Quality: A Review and Critique of the
        Literature."  In John C. Smart (ed.), Higher Education: Handbook of Theory and Research ,
        Volume 1, New York:  Agathon Press, 1985b, pp. 283-308.

Conrad, C. F., and Blackburn, R.T.  "Current Views of Departmental Quality: An Empirical
        Examination." Review of Higher Education , 1986, 9, pp. 249-265.

Conrad, C.F.,  E.M. Brier, and J.M. Braxton.   "Factors Contributing to the Matriculation of White
        Students in Public HBCUs."  Journal for Just and Caring Education 1997, 3, pp. 37-62.

Conrad, C.F., Haworth, J. G., and Millar, S.M.  A Silent Success: Master's Education in the United
        States.  Baltimore, Maryland:  John Hopkins University Press, 1993.

Conrad, C. F., and Pratt, A. M. "Designing for Quality." <u>Journal of Higher Education</u>, 1985, 56 (6), pp. 602-622.

Dahl, R. W. " College Attendance and Institutional Choice: Results from the Kentucky Longitudinal Study." Paper presented at the Annual Forum of the Association of Institutional Research. Denver, Colorado: 1982. (ED 220 227)

Dale, S.B., and Krueger, A. B. "Estimating the Payoff to Attending a More Selective College: An Application of Selection on Observables and Un-Observables." NBER Working Paper, No. W7322. 1999.

Douglas, P., et al. "Factors in the Choice of Higher Educational Institutions by Academically Gifted Seniors." <u>Journal of College Student Personnel</u> 1983, 24, pp. 540-545.

Drew, D.C., and Karpf, R. "Ranking Academic Departments: Empirical Findings and a Theoretical Perspective." <u>Research in Higher Education</u>, 1981, 14, pp. 305-320.

Eide, E. R., Brewer, D.J., and Ehrenberg, R.G. "Does it Pay to Attend an Elite Private College? Evidence on the Effect of Undergraduate College Quality on Graduate School Attendance." <u>Economics of  Education Review</u>, 1998, 17(4), pp. 371-376.

Keller, M.J., and M.P. McKewon. "Factors Contributing to Postsecondary Enrollment Decisions of Maryland National Merit Scholarship Seminalists." Paper presented at the Annual Meeting of the Association for the Study of Higher Education. Chicago: 1984.

Kuh, G.D. <u>Indices of Quality in the Undergraduate Experience</u>. AAHE-ERIC/Higher Education Research Report No. 4, Washington, DC: American Association for Higher Education, 1981.

Konnert, W. and R. Giese. "College Choice Factors of Male Athletes at Private NCAA Division III Institutions. <u>College and University</u>, 1987, 63, pp. 23-48

Hossler, D., J.M. Braxton, and G. Coopersmith. "Understanding Student College Choice." In J.C. Smart (ed.), <u>Higher Education: Handbook of Theory and Research</u> (Vol. 5). New York: Agathon, 1989, pp. 231-288.

Lay, R. and J. Maguire. "Identifying the Competition in Higher Education." <u>College and University</u>, 1980, 56, pp. 53-65.

Light, A., and Strayer, W. "Determinants of College Completion: School Quality or Student Ability? <u>The Journal of Human Resources</u>, 2000, 35(2), 298-332.

Litten, L. et al. <u>Applying Market Research in College Admissions</u>. New York: College Board, 1983.

Long, M.C. "College Quality and Early Adult Outcomes." Paper Presented at the American Education Finance Association, Louisville, Kentucky: 2005.

National Science Board. <u>Graduate Education: Parameters for Public Policy</u>. Washington, DC: National Science Foundation, 1969.

Stewart, N.R., et al., "Counselor Impact on College Choice."  Paper presented at the Annual Meeting of the American Educational Research Association, Washington, D.C.: 1987.

Webster, D.S., and Conrad, C.F.  "Using Faculty Research Performance for Academic Quality Rankings."  In J.W. Creswell (ed.),  Measuring Faculty Research Performance,  <u>New Directions for Institutional Research</u>, No. 50, San Francisco:  Jossey-Bass, 1986, pp. 43-57.